AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
### for the
### Eastern District of Virginia



FILED

JUN 3 0 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

In the Matter of the Search of

*(Briefly describe the property to be searched
or identify the person by name and address)*

THE CLASSMATES.COM ACCOUNT: Registration ID
4000162206865 THAT ARE STORED AT PREMISES
CONTROLLED BY PEOPLECONNECT, INC.

)
)
)
)
)
)
)

Case No. 4:25-sw-**43**

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*
See Attachment A

located in the _____ Western _____ District of _____ Washington _____ , there is now concealed *(identify the person or describe the property to be seized):*
See Attachment B

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*

☑ evidence of a crime;

☑ contraband, fruits of crime, or other items illegally possessed;

☑ property designed for use, intended for use, or used in committing a crime;

□ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
| --- | --- |
| 18 U.S.C. § 875(c) | Interstate Communications |

The application is based on these facts:
See attached affidavit.

□ Continued on the attached sheet.

□ Delayed notice of _____ days (give exact ending date if more than 30 days: _____ ) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA:

_____
Therèse O'Brien

_____
*Applicant's signature*

Michael Velazquez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____ 06/30/2025 _____

_____
*Judge's signature*

City and state: Norfolk, Virginia

Robert J. Krask, U.S. Magistrate Judge
*Printed name and title*



FILED

JUN 3 0 2025

CLERK, U.S. DISTRICT COURT
NORFOLK, VA

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

*Newport News Division*

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF INFORMATION ASSOCIATED WITH THE CLASSMATES.COM ACCOUNT: <br><br> 1. Registration ID 4000162206865 <br><br> THAT ARE STORED AT PREMISES CONTROLLED BY PEOPLECONNECT, INC. | Case No. 4:25-sw-43 <br><br> **Filed Under Seal** |

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR SEARCH WARRANT

I, Michael Velazquez, being first duly sworn, hereby depose and state as follows:

### Introduction and Agent Background

1.      I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since 2018. I have previously been employed with the FBI since 2014 in administrative and intelligence positions. I am currently assigned to the FBI Norfolk Field Office. As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510 (7). That is, I am an officer of the United States, who is empowered by law to conduct investigations regarding violations of United States law, to execute warrants issued under the authority of the United States, and to make arrests for the offenses enumerated in Title 18 of the United States Code. I am responsible for investigating crimes which include, but are not limited to, threatening communications. Throughout my tenure with the FBI, I have participated in multiple roles in investigations related to various federal violations including threatening communications, violent crimes, drug related crimes, white collar crimes, and terrorism.

2.      I have participated in cases and investigations related to violent crime, drug crime, white collar crime, and other violations. During these investigations, I have also performed duties associated with electronic surveillance including, but not limited to, conducting physical surveillance, reviewing social media posts and other associated information, and using cell phone location data. Accordingly, I have become familiar with criminals' use of electronic communication devices, their patterns of activity, and the methods, language, and terms that are used by criminals to disguise their activities.

1

3.      As a result of my training and experience, I am aware that criminals use cellphones, encrypted text communications applications, as well as social media platforms like Facebook, Instagram, and Snapchat. In my training and experience, criminals often use cellphones that are not registered in or subscribed to their own names or addresses to avoid detection by law enforcement. In my training and experience, while individual cell phones may be replaced frequently due to either internal tradecraft or a law enforcement encounter, criminals are less likely to change their social media profiles. It has also been my training and experience that, because cellphones are ubiquitous, and normally kept in close proximity to the individual, cellphone usage can provide location information to law enforcement, and it provides a platform for the individual to access their social media accounts, as well as other electronic apps with regularity.

4.      Through my training and experience, I have become familiar with the manner in which criminals use phones, cellphone technology, coded communications, false or fictitious identities, social media communications, and other means to facilitate their illegal activities and thwart law enforcement investigations.

5.      This Affidavit is based upon information that I have gained from my investigation, my training and experience, as well as information gained from conversations with other law enforcement personnel. Since this Affidavit is being submitted for the limited purpose of securing a search warrant, I have not included each and every fact known to me concerning this investigation.

### Information To Be Searched And Things To Be Seized

6.      This Affidavit is made in support of an application for a search warrant for the information and content associated with the following Classmates.com account ("**SUBJECT ACCOUNT**"):

      i.      Registration ID 4000162206865

that is stored at premises owned, maintained, controlled, or operated by PeopleConnect, Inc. (PeopleConnect), a company headquartered in Bellevue, Washington. The information to be searched is described in the following paragraphs and in Attachments A and B. This Affidavit is made, in part, in support of an application for a search warrant under 18 U.S.C. § 2703(a), 2703(b)(1)(A), and 2703(c)(1)(A) to require PeopleConnect to disclose to the government records and other information in its possession pertaining to the subscriber or customer associated with the accounts, including the contents of communications.

### Jurisdiction

7.      This court has jurisdiction to issue the requested warrant because it is "a court of competent jurisdiction" as defined by 18 U.S.C. § 2711, 18 U.S.C. §§ 2703(a), (b)(1)(A), and (c)(1)(A). Specifically, the court is "a district court of the United States... that has jurisdiction over the offense being investigated." 18 U.S.C § 2711(3)(A)(i). This investigation involves an offense within the jurisdiction and proper venue of the United States District Court for the Eastern District of Virginia, as more fully articulated below.

2

## Pertinent Federal Criminal Statutes

8.      18 U.S.C. § 875(c) states: "Whoever transmits in interstate or foreign commerce any communication containing any threat to kidnap any person or any threat to injure the person of another, shall be fined under this title or imprisoned not more than five years, or both."

## Legal Authority

9.      The legal authority for this search warrant application regarding the **SUBJECT ACCOUNT** is derived from 18 U.S.C. §§ 2701–2713, entitled "Stored Wire and Electronic Communications and Transactional Records Access." Section 2703(a) provides in relevant part as follows:

> A governmental entity may require the disclosure by a provider of electronic communication service of the contents of a wire or electronic communication, that is in electronic storage in an electronic communications system for one hundred and eighty days or less, only pursuant to a warrant issued under the Federal Rules of Criminal Procedure. . . . A governmental entity may require the disclosure by a provider of electronic communications services of the contents of a wire or electronic communication that has been in electronic storage in an electronic communications system for more than one hundred and eighty days by the means available under subsection (b) of this section.

10.      Title 18, United States Code, Section 2703(b) provides in relevant part as follows:

> (1) A governmental entity may require a provider of remote computing service to disclose the contents of any wire or electronic communication to which this paragraph is made applicable by paragraph (2) of this subsection –
>
> > (A) without required notice to the subscriber or customer, if the governmental entity obtains a warrant issued using the procedures described in the Federal Rules of Criminal Procedure. . . .
>
> (2) Paragraph (1) is applicable with respect to any wire or electronic communication that is held or maintained on that service –
>
> > (A) on behalf of, and received by means of electronic transmission from (or created by means of computer processing of communications received by means of electronic transmission from), a subscriber or customer of such remote computing service; and
>
> > (B) solely for the purpose of providing storage or computer processing services to such subscriber or customer, if the provider is not authorized to

3

access the contents of any such communications for purposes of providing any services other than storage or computer processing.

11.    The government may also obtain records relating to electronic communications, such as subscriber identifying information, by way of a search warrant. 18 U.S.C. § 2703(c)(1)(A).

12.    18 U.S.C. § 2703(c)(1)(A), provides, in part, that the Government may also obtain non-content records and other information pertaining to a customer or subscriber of an electronic communication service or remote computing service by means of search warrant.

13.    18 U.S.C. §§ 2703(b)(1)(A) and 2703(c)(1)(A) allow for nationwide service of process of search warrants for the contents of electronic communications and records concerning electronic communication service or remote computing service if such warrant is issued by a court with jurisdiction over the offense under investigation.

### Definitions

14.    The term "computer" as used herein is defined pursuant to 18 U.S.C. § 1030(e)(1), as "an electronic, magnetic, optical, electrochemical, or other high speed data processing device performing logical, arithmetic, or storage functions and includes any data storage facility or communications facility directly related to or operating in conjunction with such device."

15.    The terms "records," "documents," and "materials" include all information recorded in any form, including the originals and all non-identical copies thereof, whether different from the original by reason of any notation made on such copies or otherwise, including, but not limited to the following:

a.    graphic records or representations;

b.    photographs;

c.    pictures;

d.    images;

e.    aural records or representations; and

f.    messages and communications.

16.    The terms "records," "documents," and "materials" include all of the foregoing, in whatever form and by whatever means the records, documents, or materials, and their drafts or their modifications, may have been created or stored, including (but not limited to): any electrical, electronic, or magnetic form (including but not limited to any information on an electronic or magnetic storage device such as hard disks).

17.    The term "Universal Resource Locator" (URL): A URL is the unique address for a file that is accessible on the Internet. For example, a common way to get to a website is to enter

4

the URL of the website's home page file in the Web browser's address line. Additionally, any file within that website can be specified with a URL. The URL contains the name of the protocol to be used to access the file resource, a domain name that identifies the specific computer on the Internet, and a pathname, a hierarchical description that specifies the location of a file in that computer.

18.    The term "Internet Protocol Address" (IP Address): This term refers to the fact that every computer or device on the Internet is referenced by a unique Internet Protocol address, the same way every telephone has a unique telephone number. An example of an IP address is "192.168.10.102." Each time an individual accesses the Internet, the computer from which that individual initiates access is assigned an IP address. There are two types of IP addresses: static and dynamic. A static address is permanent and never changes, such as ones used in cable modems. The dynamic address changes almost every time the computer connects to the Internet.

19.    The term "Internet Service Provider" (ISPs): This term refers to individuals who have an Internet account and an Internet-based electronic mail (e-mail) address must have a subscription, membership, or affiliation with an organization or commercial service which provides access to the Internet. A provider of Internet access and services is referred to as an Internet Service Provider or "ISP."

20.    "Web hosts" provide the equipment and services required to host and maintain files for one or more websites and to provide rapid Internet connections to those websites. Most hosting is "shared," which means that multiple websites of unrelated companies are on the same server in order to reduce associated costs. When a client develops a Website, the client needs a server and perhaps a web-hosting company to host it. "Dedicated hosting," means that the web hosting company provides all of the equipment and assumes all of the responsibility for technical support and maintenance of a website. "Co-location" means a server is located at a dedicated hosting facility designed with special resources, such as a secure cage, regulated power, a dedicated Internet connection, online security, and online technical support. Co-location facilities offer customers a secure place to physically house the customers' hardware and equipment, as opposed to keeping it in their offices or warehouse, where the potential for fire, theft, or vandalism is greater.

21.    "Electronic Communication Service" refers to any service that provides to users thereof the ability to send or receive wire or electronic communications. 18 U.S.C. § 2510(15).

22.    "Remote Computing Service" is a service that provides to the public computer storage or processing services by means of an "electronic communications system." Id. § 2711(2).

23.    "Electronic Communications System" means any wire, radio, electromagnetic, photo-optical, or photoelectronic facilities for the transmission of wire or electronic communications, and any computer facilities or related electronic equipment for the electronic storage of such communications. Id. § 2510(14).

5

24.    "Contents," when used with respect to any wire, oral, or electronic communication, includes any information concerning the substance, purport, or meaning of that communication. Id. § 2510(8).

25.    "Electronic storage" means (a) any temporary, intermediate storage of a wire or electronic communication incidental to the electronic transmission thereof; and (b) any storage of such communication by an electronic communication service for purposes of backup protection of such communication. Id. § 2510(17).

## Background Concerning Classmates.com

26.    Classmates.com is a website operated by PeopleConnect, Inc., which is headquartered at 1687 114th Ave. SE, Suite 200, Bellevue, WA 98004.

27.    Classmates.com allows users to connect with former classmates and alumni of various educational institutions.

28.    Users of Classmates.com create an account by entering their first name, last name (at time of graduation from the respective institution), email address, the institution that they graduated from, their graduating year, and a password.

29.    After creating an account, Classmates.com creates a Registration ID unique to each user. Classmates.com also maintains user records pertaining to means of payment, account settings such as notification preferences, password reset requests, profile views for both who the user viewed and who viewed the user's profile, account creation dates, and date of the most recent login.

30.    After creating an account, the user can then access forums or message boards pertaining to their respective institution(s). On these message boards users can make posts or comments which are displayed along with the first name and last name provided during registration.

## Probable Cause

31.    On April 25, 2024, the FBI received a tip stating that the **SUBJECT ACCOUNT** made a threatening post on the website Classmates.com. The threatening message was posted in a forum regarding a reunion for Denbigh High School, located in Newport News, Virginia. The post stated: "Awesome! I've got a 12 gauge autoloader, a Glock, and lots of ammo! I'll take care of some unfinished business. Has anybody seen [Victim 1, Victim 2, Victim 3, Victim 4, Victim 5, and Victim 6]?"

32.    In June 2024, in reference to the previously described threatening message, the FBI attempted to interview William Wheeler at an address believed to have been associated with him in Omaha, Nebraska. The FBI had identified William Wheeler by conducting searches in a public records aggregation website using his name, which was also the username of the **SUBJECT ACCOUNT**, and his possible age based on year of high school graduation. This

6

same website provided a potential address for William Wheeler. The apartment manager of that address stated that William Wheeler had been evicted from the property over two years prior and provided email address latinoviking@hotmail.com as a contact method for him.

33. Records provided by PeopleConnect, Inc., indicated that the **SUBJECT ACCOUNT** was created on April 04, 2016, with the username "William Wheeler". The **SUBJECT ACCOUNT** listed their school as Denbigh High School, in Newport News, Virginia, with a graduation year of 1993. The account was associated with email address latinoviking@hotmail.com and classmates.com registration ID 4000162206865.

34. Records provided by Microsoft showed that the subscriber of email address latinoviking@hotmail.com was William J Wheeler, with a birth year of 1974 and location data of Virginia and postal code 23608 which corresponds to Newport News.

35. Open-source internet research of the name William Wheeler and Denbigh High School identified a specific individual in the 1993 graduating class. Research of this individual in law enforcement databases identified a December 7, 2015, police report in which a William Joseph Wheeler posted a threatening message against a restaurant in James City County, VA on Facebook stating: "One of your employees was very mean to me and called me a wetback. So I'm very pissed off, and coming over tonight with a 12 gauge and a revolver. Burn [Victim 7] Burn!" The post was made from a Facebook account with the name Yngmar Ijs Ridder. The responding police officer identified William Wheeler via an email address associated with the Facebook page and then confirmed the match by viewing William Wheeler's driver's license photo. The responding officer also reviewed the data from the Yngmar Ijs Ridder Facebook page after obtaining a search warrant. The police officer concluded that after a review of the data, he was not able to link the user of the profile to William Wheeler but noted that the IP address for the user returned to a communications company in Panama. In addition, the user made references to having once lived in the U.S. but moved to his permanent residence in Panama. In this report William Wheeler's date of birth was listed as July 23, 1974.

36. On February 20, 2025, the FBI received a tip from a relative of Victim 8. stating that Victim 8 had been threatened on Facebook by another Facebook user. As a result, the FBI submitted an emergency disclosure request to Meta, Facebook's parent company, for records related to the Facebook account which made the threats. Meta responded with information for a related personal Facebook page. That personal Facebook page listed the user as Yngmar Ijs Ridder with a date of birth of July 23, 1974. One of the several email accounts associated with that page was joe.wheeler.73@facebook.com. The user of this related account listed their current city as La Chorrera, Herrera, Panama and the most recent IP address was 190.33.75.3. A Whois search of this IP address conducted on April 10, 2025, identified the owner as Cable & Wireless Panama, and all location data tied back to Panama.

37. Another email account associated with the previously described Facebook page was bundy.ramirez.burkowitz77@gmail.com. This email account was tied to an Instagram account that Meta listed as linked to the Facebook account. Records provided by Google showed that email account latinoviking@hotmail.com was associated with the Android device configuration service data associated with bundy.ramirez.burkowitz77@gmail.com.

7

38.    Review of the Facebook account with the user name Yngmar Ijs Ridder which made the threats revealed multiple threatening messages including:

   a.  February 18, 2025 - a picture of Victim 8 with the caption: "I'm going to "cancel" this evil heifer, while hubby is watching."

   b.  February 18, 2025 - a picture of Victim 8 and two other individuals with the caption: "She's a workplace bully and a bigot. I'll pay $2K to have her "taken care of"."

   c.  February 18, 2025 – a picture of Victim 1 with the caption: "I'm going to "put an end" to Victim 1. This person is a very evil arrogant man, that worships the [purple devil symbol]. Keep your kids away from this predator."

   d.  February 18, 2025 – an event post titled "Bible Belt Battle Royale" with the caption: "I'm going to shoot up Peninsula Christian Center in Newport News, Virginia."

39.    Records obtained via a federal search warrant served upon Meta, Inc. for records related to the Facebook account with the user Yngmar Ijs Ridder showed additional threatening content. On or about March 2, 2025, this account commented on the previously described picture of Victim 8 with the statement: "I'm going to kill you bitch! After I kill your daughters and hubby. It will be when you least expect it!" Less than one minute later this account commented on the previously described picture of Victim 8 and two other individuals with the statement: "I'm going to kill all 3 of you! Guess who's back in town."

40.    A law enforcement database showed that William Wheeler, date of birth July 23, 1974, left the United States, using a Panamanian passport on January 29, 2024, with an initial destination of El Salvador. To date William Wheeler has not reentered the United States.

## Conclusion

41.    Based on the above, I respectfully submit there is probable cause to believe that violations of 18 U.S.C. § 875(c) have been committed. There is also probable cause to search the information described in Attachment A for evidence and instrumentalities of these crimes further described in Attachment B.

42.    Accordingly, I request that a warrant be issued authorizing your affiant, with assistance from additional FBI agents and other law enforcement personnel, to search the account described in Attachment A, for the items specified in Attachment B.

43.    Under 18 U.S.C. § 2703(g), the presence of a law enforcement officer is not required for the service or execution of this warrant. Classmates.com, and by extension, PeopleConnect,Inc. previously accepted out-of-state and out-of-district service of legal process served by your Affiant via email. Accordingly, your Affiant will execute the requested search warrant by use of email service to the legal department at classmates.com, and permission is

requested for the data to be copied/obtained outside of the presence of a law enforcement officer. It is anticipated that PeopleConnect, Inc. will produce the requested records in electronic format via e-mail or internet portal or on electronic media via U.S. Mail to your Affiant. Because the warrant will be served on Classmates.com, and by extension, PeopleConnect, Inc., who will then compile the requested records at a time convenient to it, reasonable cause exists to permit the execution of the requested warrant at any time in the day or night.

Respectfully submitted,

Michael Velazquez
Special Agent
Federal Bureau of Investigation

This affidavit has been reviewed for legal sufficiency by Assistant U.S. Attorney Therese N. O'Brien.

Reviewed: _____
Therese O'Brien
Assistant United States Attorney

Subscribed and sworn before me this 30th day of June 2025, in Newport News, Virginia.

Honorable Robert J. Krask
United States Magistrate Judge

9

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with the following Classmates.com identifier:

1.  Registration ID 4000162206865

that is stored at premises owned, maintained, controlled, or operated by PeopleConnect, Inc., a company headquartered in Bellevue, Washington.

## ATTACHMENT B

### Particular Things to Be Seized

### I. Information to be disclosed by PeopleConnect, Inc ("PeopleConnect")

1.      To the extent that the information described in Attachment A is within the possession, custody, or control of PeopleConnect, regardless of whether such information is located within or outside of the United States, including any messages, records, files, logs, or information that have been deleted but are still available to PeopleConnect, or have been preserved pursuant to a request made under 18 U.S.C. § 2703 (f), PeopleConnect is required to disclose the following information to the government for the Registration ID listed in Attachment A (Registration ID 4000162206865):

   (a) All content of posts or messages made on forums or message boards

   (b) All photos and videos uploaded

   (c) All content of direct or private messages sent on classmates.com

   (d) All IP logs, including all records of the IP addresses that logged into the account;

   (e) All past and present lists of friends or mutually connected accounts

   (f) Records of any Classmates.com accounts that are linked to the account by machine cookies

   (g) Records pertaining to communications between PeopleConnect and any person regarding the user or the user's classmates.com account, including contacts with support services and records of actions taken.

### II. Information to be seized by the government

1.      All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of 18 U.S.C. § 875 (c) (interstate communications) involving Registration ID 4000162206865, including, for the user ID identified on Attachment A, information pertaining to the following matters:

   (a) Evidence of interstate/international threats, in violation of 18 U.S.C. § 875(c).

   (b) Evidence indicating how and when the account was accessed or used, to determine the chronological and geographic context of account access, use, and events relating to the crime under investigation and to the account owner.

11

(c) Evidence indicating the account owner's state of mind as it relates to the crime under investigation.

(d) The identity of the person(s) who created or used the user ID, including records that help reveal the whereabouts of such person(s).

2.      This warrant authorizes a review of electronically stored information, communications, other records and information disclosed pursuant to this warrant in order to locate evidence, fruits, and instrumentalities described in this warrant.  The review of this electronic data may be conducted by any government personnel assisting in the investigation, who may include, in addition to law enforcement officers and agents, attorneys for the government, attorney support staff, and technical experts.  Pursuant to this warrant, the FBI may deliver a complete copy of the disclosed electronic data to the custody and control of attorneys for the government and their support staff for their independent review.